IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR D'AMARIO, III,          :
      Petitioner     :
                      :
    v.                         :   CIVIL ACTION NO. 02-2656
                      :
JOSEPH V. SMITH,               :
      Respondent     :

O R D E R

AND NOW, this          day of June, 2002, upon consideration of the government's Motion for a Enlargement of Time to File its Answer, it is hereby

ORDERED

that the motion is GRANTED. The government is GRANTED an additional thirty (30) days within which to file its answer and brief or memorandum.

BY THE COURT:

_____
HON. ARNOLD C. RAPOPORT
United States Magistrate Judge

703D'AMARIO.PAS.vda

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR D'AMARIO, III, | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 02-2656 |
| | : | |
| JOSEPH V. SMITH, | : | |
| Respondent | : | |

MOTION FOR ENLARGEMENT OF TIME WITHIN
WHICH TO ANSWER THE PETITION FOR WRIT OF
HABEAS CORPUS FILED PURSUANT TO 28 U.S.C. §2241

The United States of America, by its attorneys, Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and Paul A. Sarmousakis, Assistant United States Attorney for the same district, moves for an enlargement of time within which to file its answer, and in support thereof, states as follows:

1. The Court issued an order requiring the government to respond to the Petition for Writ of Habeas Corpus within 20 days of June 5, 2002.

2. The undersigned counsel received this matter for review and answer on or about June 18, 2002.

3. Preliminary inquiries indicate that Arthur D'Amario, III, has filed numerous legal actions concerning his criminal convictions, and that there are pending, at least in one other federal district, similar petitions and pending appeals. Additional time will be necessary in order for the government to recreate the litigation history concerning D'Amario and prepare an answer.

WHEREFORE, the government respectfully requests that the Court grant the

government's motion for an enlargement of time of up to thirty (30) days within which to file its answer.

        Respectfully submitted:

        PATRICK L. MEEHAN
        United States Attorney


        _____
        PAUL A. SARMOUSAKIS
        Assistant United States Attorney

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Government's Motion for Enlargement of Time Within Which to Answer the Petition for Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. §2241 has been served upon the following on the date set forth below:

      Arthur D'Amario, III
      Prisoner No. 02989-070
      Federal Detention Center
      P.O. Box 572
      Philadelphia, PA  19105

_____
PAUL A. SARMOUSAKIS
Assistant United States Attorney

DATE: _____