```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ARTHUR D'AMARIO, III           :      CIVIL ACTION
                               :
        v.                     :
                               :
JOSEPH V. SMITH                :      No. 02-2656

<u>**O R D E R**</u>

      AND NOW, this      day of June, 2002, upon consideration of the government's Motion for an Enlargement of Time to File its Answer, it is hereby ORDERED that the Motion is GRANTED.

      The government is GRANTED an additional thirty (30) days within which to file its answer and brief or memorandum.

                                      BY THE COURT:


                                  _____
                                  ARNOLD C. RAPOPORT
                                  United States Magistrate Judge