IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR D'AMARIO, III, | CIVIL ACTION |
| Petitioner, | |
| v. | NO. 02-2656 |
| JOSEPH V. SMITH, | |
| Respondent. | |

**ORDER**

AND NOW, this       day of July, 2002, upon consideration of the Motion for Enlargement of Time to File Response (Docket Entry No. 5), respondents' time for filing a response to the petition for writ of habeas corpus, is extended to August 26, 2002.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE